B2650 (Form 2650) (12/15)

# United States Bankruptcy Court
## Northern _____ District Of Ohio _____

In re  E-B Display Company, Inc. _____ , )
                        Debtor                  )        Case No. 23-60565-tnap _____
        Robert S. Bernstein, in his capacity as )
        liquidating trustee of the Estate of E-B Display )   Chapter 11 _____
        Company, Inc., et al. _____ ,   )
                        Plaintiff               )
                                                )
                        v.                      )
        Huber Management Company, Inc., et al.  )
        _____ ,      )        Adv. Proc. No. 24-06015-tnap
                        Defendant               )

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on  October 2, 2024 _____ as it appears in the records of this court, and that:                    (date)

[X]  No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ]  No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____ .
                        (date)

[ ]  An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____ .
                (name of court)                                     (date)

[ ]  An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____ .
                (date)


                                        Josiah C. Sell _____
                                        Clerk of the Bankruptcy Court

1-29-25                    By: ____ Karen Rupert _____
  Date                                    Deputy Clerk