JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Robert S. Bernstein, Liquidating Trustee of E-B Display Company, Inc., et al.

**DEFENDANTS**

Huber Management Company, Inc., formerly d/b/a Allegheny Plywood Company, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Robert S. Bernstein, Bernstein-Burkley, P.C. 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, (412) 456-8100

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☒ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☒ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
Breach of Contract

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
January 14, 2025

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44A REVISED June, **2009**
IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
THIS CASE DESIGNATION SHEET MUST BE COMPLETED

**PART A**

This case belongs on the (   ◯ Erie      ◯ Johnstown      ⦿ Pittsburgh) calendar.

1. **ERIE CALENDAR -** If cause of action arose in the counties of Crawford, Elk, Erie, Forest, McKean. Venang or Warren, OR **any** plaintiff or defendant resides in one of said counties.

2. **JOHNSTOWN CALENDAR -** If cause of action arose in the counties of Bedford, Blair, Cambria, Clearfield or Somerset OR **any** plaintiff or defendant resides in one of said counties.

3. Complete if on **ERIE CALENDAR**: I certify that the cause of action arose in _____ County and that the _____ resides in _____ County.

4. Complete if on **JOHNSTOWN CALENDAR**:  I certify that the cause of action arose in _____ County and that the _____ resides in _____ County.

**PART B** (You are to check ONE of the following)
1. ⦿  This case is related to Number 24-06015____  . Short Caption Bernstein v. Huber Management
2. ◯  This case is not related to a pending or terminated case.

DEFINlTIONS OF RELATED CASES:

CIVIL:  Civil cases are deemed related when a case filed relates to property included in another suit or involves the same issues of fact or it grows out of the same transactions as another suit or involves the validity or infringement of a patent involved in another suit EMINENT DOMAIN:  Cases in contiguous closely located groups and in common ownership groups which will lend themselves to consolidation for trial shall be deemed related. HABEAS CORPUS & CIVIL RIGHTS:  All habeas corpus petitions filed by the same individual shall be deemed related. All pro se Civil Rights actions by the same individual shall be deemed related.

**PARTC**
I. CIVIL CATEGORY (Select the applicable category).
1. ◯   Antitrust and Securities Act Cases
2. ◯   Labor-Management Relations
3. ◯   Habeas corpus
4. ◯   Civil Rights
5. ◯   Patent, Copyright, and Trademark
6. ◯   Eminent  Domain
7. ⦿   All  other federal question cases
8. ◯   All  personal  and property damage tort cases,  including  maritime,  FELA, Jones Act, Motor vehicle, products liability, assault, defamation,  malicious prosecution, and false arrest
9. ◯   Insurance indemnity, contract and other diversity cases.
10. ◯   Government Collection Cases (shall include HEW Student Loans (Education), V A  0verpayment, Overpayment of Social Security, Enlistment Overpayment (Army, Navy, etc.),  HUD Loans, GAO Loans (Misc. Types), Mortgage Foreclosures, SBA Loans, Civil Penalties and Coal Mine Penalty and Reclamation Fees.)

I certify that to the best of my knowledge the entries on this Case Designation Sheet are true and correct

Date:  January 14, 2025

ATTORNEY AT LAW

NOTE: ALL SECTIONS OF BOTH FORMS MUST BE COMPLETED BEFORE CASE CAN BE PROCESSED.

B1310 (Form 1310) (12/15)

# United States Bankruptcy Court

_____Northern_____ District Of ___Ohio_____

In re    Robert S. Bernstein, Liquidating Trustee, Plaintiff
         v.
         Huber Management Company, Inc., Defendant

Adv. No. 24-06015

Case No. 23-60565_____

Debtor  E-B Display Company, Inc.

Type text here

## EXEMPLIFICATION CERTIFICATE

I, _____Josiah C. Sell_____, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of

Stipulation and Judgment, Doc 15 Filed 10/2/2024

now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at _____Youngstown_____, in the State of _____Ohio_____, this ___January 7, 2025_____ .

[Seal of Court]

Josiah C. Sell
by _Donald Hinkson_, Deputy Clerk
Clerk of the Bankruptcy Court

---

I, _____Tiiara N.A. Patton_____, bankruptcy judge for this district certify that ___Josiah C. Sell_____ is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

_January 7, 2025_
Date

_Tiiara N.A. Patton_
Bankruptcy Judge

---

I, _____Josiah C. Sell_____, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable _____Tiiara N.A. Patton_____ is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.

In testimony of this statement, I sign my name, and affix the seal of the court at _____Youngstown_____, in the State of _____Ohio_____, this _____January 7, 2025_____ .

[Seal of Court]

Josiah C. Sell
by _Donald Hinkson_ Deputy Clerk
Clerk of the Bankruptcy Court

IT IS SO ORDERED.

Dated:  October 2, 2024



*Tiiara N.A. Patton*
**Tiiara N.A. Patton**
**United States Bankruptcy Judge**

<br>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re:<br><br>E-B DISPLAY COMPANY, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>CASE NO. 23-60565 (TNAP)<br>(Jointly Administered)<br><br>Adv. Proceeding No. 24-06015-tnap |
| ROBERT S. BERNSTEIN, Liquidating Trustee of<br>E-B DISPLAY COMPANY, INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>HUBER MANAGEMENT COMPANY, INC.,<br>*formerly d/b/a* ALLEGHENY PLYWOOD<br>COMPANY, INC.,<br><br>Defendant. | JUDGE TIIARA N.A. PATTON |

THIS DOCUMENT IS A TRUE COPY OF THE ORIGINAL
ATTEST BY JOSIAH C. SELL, CLERK OF COURT
U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OHIO

BY *Karen Rupert*

DATE 12-27-24   # PAGES 3

## STIPULATION AND JUDGMENT

---

[1]   The Debtors in these Chapter 11 cases are (i) E-B Display Company, Inc. (Tax ID 34-0861140); (ii) Rotolo Industries, Inc. (02-0655474); (iii) Rotolo Industries, L.L.C. (75-3051366) and (iv) Rotolo Investors, L.L.C. (75-3051359).

IT IS HEREBY STIPULATED by and between Robert S. Bernstein, Liquidating Trustee of E-B Display Company, Inc., et al. ("Plaintiff"), and Huber Management Company, Inc., formerly d/b/a Allegheny Plywood Company, Inc. ("Defendant"), that the following facts are true and that judgment can and should be entered in this adversary proceeding as follows:

1.      Although the undersigned counsel for the Defendant has not entered his appearance in this proceeding at this time, he confirms that he represents the Defendant and that he has full authority to enter into this stipulation on behalf of and to bind the Defendant.

2.      Before the date upon which the above-referenced debtors (collectively, the "Debtors") commenced the chapter 11 cases referenced above (the "Petition Date"), the Debtors conducted business with the Defendant.

3.      The Debtors made transfers of an interest in their property to or for the benefit of Defendant during the 90 days preceding the Petition Date in an aggregate amount of not less than $13,669.67 (collectively, the "Transfers").  In this adversary proceeding, Plaintiff sought a judgment against Defendant to avoid and recover the Transfers under, *inter alia*, sections 547(b) and 550 of title 11 of the United States Code.

4.      Plaintiff and Defendant stipulate that they have come to an agreement to entry of judgment by consent for $10,000.00, provided that the entire judgment amount can be satisfied by Defendant's payment to Plaintiff of $5,034.67 in good and available funds not later than November 30, 2024.  As evidenced by the signatures of their respective counsel below, Plaintiff and Defendant consent to the form and content, and to the entry, of this Judgment.

5.      This Stipulation and the form of Judgment set forth below constitute the entire agreement of the parties with respect to their subject matter.

6.      Each person signing this Stipulation warrants that he is fully authorized to sign this Stipulation on behalf of the person for whom he is signing it and that the Stipulation is, therefore, binding upon and enforceable against the same.

7.      This Stipulation is binding upon and shall inure to the benefit of the parties hereto, their respective heirs, executors, administrators, predecessors, successors and assigns.

8.      Each party hereto agrees to bear his/its own costs, expenses and attorneys' fees.

9.      Each of Plaintiff and Defendant certifies that he/it has read and understands this Stipulation and the Judgment set forth below.

**SO STIPULATED as of the 20th day of September, 2024.**

MORELLA & ASSOCIATES,
A PROFESSIONAL CORPORATION

By: /s/ Dean R. Phillips
Dean R. Phillips, Esquire
drphillips@morellalaw.com
PA ID No. 331700
706 Rochester Road
Pittsburgh, PA 15237
Telephone: (412) 369-9696

*On behalf of the Defendant*

BERNSTEIN-BURKLEY, P.C.

By: /s/ Jeffrey C. Toole
Jeffrey C. Toole, Esquire
jtoole@bernsteinlaw.com
OH ID No. 0064688
1360 East Ninth Street, Suite 1250
Cleveland, OH 44114
Telephone: (800) 693-4013
Facsimile: (412) 456-8135

*On behalf of the Plaintiff*

**JUDGMENT**

And, the Court, in reliance upon the foregoing Stipulation and agreement between Plaintiff and Defendant, hereby enters judgment in favor of Plaintiff, Robert S. Bernstein, Liquidating Trustee of E-B Display Company, Inc., et al., and against Defendant, Huber Management Company, Inc., formerly d/b/a Allegheny Plywood Company, Inc., in the amount of $10,000.00, provided that the entire judgment amount can be satisfied by Defendant's payment to Plaintiff of $5,034.67 in good and available funds not later than November 30, 2024.

# # #